**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

March 3, 2009

Clerk, U.S. Bankruptcy Court

RE: Edward & Donna Hayes
    Bankruptcy Case No. 5-04-51697
    Unclaimed Funds For: Bank of New York
                       PO Box 6042
                        Mount Vernon NY 10558

Dear Clerk:

    Enclosed herewith please find check No.735986 for $2,133.86 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                             Very truly yours,

                             *Carol A. Kreider*

                             Carol A. Kreider
                             Funds Manager

FILED WILKES-BARRE, PA.
2009 MAR -4 AM 10:06
CLERK U.S. BANKRUPTCY COURT